IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX TOTH and GLADYS MARTINEZ-TOTH, | : | No. 3:23cv1258 |
| Petitioners | : | (Judge Munley) |
| v. | : | |
| ALEXANDRIA TOTH-LEDESMA and MICHAEL LEDESMA, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, to wit, this 29 day of July 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that, pursuant to the Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act, 22 U.S.C. §§ 9001 *et seq.*:

1) The petition for return of ▮▮▮ (D.O.B. ▮▮/2020) (Doc. 1) is **GRANTED.**

2) ▮▮▮ (D.O.B. ▮▮/2020) shall be returned to the company of her father, Alex Toth, and her mother, Gladys Martinez-Toth, to her habitual residence in the United Mexican States ("Mexico").

3) Petitioners shall file a proposed return order within **twenty-four (24) hours of this order**.

4) Until an appropriate return order can be executed by the court and effectuated by the parties, Paternal Grandparents shall not remove ▇ (D.O.B. ▇/2020) from the jurisdiction of the United States District Court for the Middle District of Pennsylvania nor permit any person acting in concert or participation with them to remove the child from this jurisdiction; and

5) The Clerk of Court is directed to administratively close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court